1  CLARK HILL PLLC
   PAOLA M. ARMENI
2  Nevada Bar No. 8357
   Email: parmeni@clarkhill.com
3  1700 S. Pavilion Center Drive, Suite #500
   Las Vegas, Nevada 89135
4  Tel: (702) 862-8300
   Fax: (702) 778-9709
5  *Attorneys for Plaintiffs*

6  KAFOURY & McDOUGAL
   JASON KAFOURY (admitted Pro Hac Vice)
7  Oregon Bar No. 091200
   Email: jkafoury@kafourymcdougal.com
8  411 SW 2nd Avenue, Suite 200
   Portland OR 97204
9  Tel: (503) 224-2647
10 Fax: (503) 224-2673

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA DOE; SEAN DOE; and JOHN DOE,<br><br>Defendants. | CASE NO. 2:23-cv-01018-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO STRIKE [ECF 8] AND MOTION TO DISMISS [ECF 9]** |

Plaintiff TAMIKA HAWKINS, by and through her counsel, Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC and Jason Kafoury, Esq., of Kafoury & McDougal, and Defendant Aria Resort & Casino Holdings, LLC, by and through their counsel Lawrence J. Semenza III, Esq., and Katie L. Cannata, Esq., of Semenza, Kircher Rickard, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff Tamika Hawkins to file her responses to Defendant Aria Resort & Casino Holdings, LLC's Motion to Strike [ECF 8] and Motion to Dismiss [ECF 9], with a current deadline of September 20, 2023. The parties respectfully request

that the Court extend the deadline for the Plaintiff to file her responses to Defendant's Motion to Dismiss and Defendant's Motion to Strike for an additional nine (9) days, up to and including September 29, 2023.  In light of the foregoing extension, Defendant's Reply brief shall be due on October 6, 2023 pursuant to LR 7-2.

Although Plaintiff's counsel has been diligently working on responding to Defendant's Motion to Strike [ECF 8] and Motion to Dismiss [ECF 9], counsel requires a short extension to complete the Responses.  This request for extension is made in good faith and not for the purposes of delay.

Respectfully submitted this 15th day of September 2023.

| CLARK HILL PLLC | SEMENZA KIRCHER RICKARD |
|---|---|
| /s/ Paola M. Armeni, Esq<br>PAOLA M. ARMENI, ESQ.<br>Nevada Bar No. 8357<br>1700 S. Pavilion Center Drive, Suite #500<br>Las Vegas, Nevada 89135 | /s/ Katie L. Cannata, Esq.<br>LAWRENCE J. SEMENZA, III, ESQ.<br>Nevada Bar No. 7174<br>KATIE L. CANNATA, ESQ.<br>Nevada Bar No. 14848<br>1061 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>*Attorneys for Defendants* |
| KAFOURY & McDOUGAL<br>JASON KAFOURY<br>Oregon Bar No. 091200<br>411 SW 2nd Avenue, Suite 200<br>Portland OR 97204<br>*Attorneys for Plaintiff* | |

## ORDER

IT IS SO ORDERED  September 20, 2023.

_____
UNITED STATES DISTRICT JUDGE