Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendant Aria Resort & Casino Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA DOE; SEAN DOE; and JOHN DOE,<br><br>Defendants. | Case No.   2:23-cv-01018-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ITS REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE [ECF NO. 9] AND MOTION TO DISMISS [ECF NO. 8]**<br><br>**(First Request)** |

Plaintiff Tamika Hawkins ("Plaintiff") and Defendant Aria Resort & Casino Holdings, LLC ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1.     On September 6, 2023, Defendant filed its Motion to Dismiss Plaintiff's Complaint and Motion to Strike (together, the "Motions"). [ECF Nos. 8-9.]

2.     Thereafter, on September 15, 2023, the parties filed a Stipulation and Order Extending Time for Plaintiff to file a Response to the Motions, which was subsequently granted by the Court. [ECF Nos. 12-13.] As a result of the parties' stipulation, the deadline for Plaintiff's Response was extended to September 29, 2023, and Defendant's Reply brief was due seven (7) days thereafter on October 6, 2023.

1

3. Plaintiff filed her Responses to the Motions on September 29, 2023. [ECF Nos. 14-15.]

4. While Defendant's counsel has been diligently working on the Reply brief, they require additional time to confer with their client as to its contents before filing. As such, the parties hereby stipulate and agree that the deadline for Defendant's Reply brief shall be extended by one (1) week, up to and including October 13, 2023.

This Stipulation is made in good faith, and not for purposes of delay.

Respectfully submitted this 5th day of October, 2023.

| CLARK HILL PLLC | SEMENZA RICKARD LAW |
|---|---|
| */s/ Paola M. Armeni* | */s/ Lawrence J. Semenza, III* |
| PAOLA M. ARMENI | LAWRENCE J. SEMENZA, III, ESQ. |
| Nevada Bar No. 8357 | Nevada Bar No. 7174 |
| 1700 S. Pavilion Center Drive, Suite #500 | KATIE L. CANNATA, ESQ. |
| Las Vegas, Nevada 89135 | Nevada Bar No. 14848 |
|  | 1061 Park Run Drive, Suite 150 |
| KAFOURY & McDOUGAL | Las Vegas, NV 89145 |
| JASON KAFOURY | *Attorneys for Defendants* |
| Oregon Bar No. 091200 |  |
| 411 SW 2nd Avenue, Suite 200 |  |
| Portland OR 97204 |  |
| *Attorneys for Plaintiff* |  |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 6, 2023

2