# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAMIKA HAWKINS,<br><br>    Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, et al.,<br><br>    Defendants. | Case No. 2:23-cv-01018-JCM-NJK<br><br>**ORDER**<br><br>[Docket No. 23] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 25. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). The parties, however, seek a 270-day discovery period.[1]  *See* Docket No. 23 at 2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. Here, the parties seek an extended discovery period based on generalizations that can be made about most litigation, as well as assumptions and speculation. *See id.*

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 23. The scheduling order in this case will be as follows:

| | |
|---|---|
| Initial Disclosures: | October 27, 2023 |
| Add/Amend Pleadings: | December 5, 2023 |
| Initial Experts: | January 4, 2024 |
| Rebuttal Experts: | February 5, 2024 |
| Discovery Cut-Off: | March 4, 2024 |
| Dispositive Motions: | April 3, 2024 |

---

[1] Discovery periods are calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1).

| | |
|---|---|
| Joint Pretrial Order: | May 3, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

Pursuant to Local Rule 26-3, any request for extension of any deadline must be made no later than 21 days prior to the expiration of the subject deadline and must be supported by good cause.

IT IS SO ORDERED.

Dated: October 13, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

2