CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
TIFFANY SOLARI
Nevada Bar No. 16003
Email: tsolari@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709

KAFOURY & McDOUGAL
JASON KAFOURY (*Pro Hac Vice*)
Oregon Bar No. 091200
Email: jkafoury@kafourymcdougal.com
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Tel: (503) 224-2647
Fax: (503) 224-2673
*Attorneys for Plaintiffs*

1/26/24

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA DOE; SEAN DOE; and JOHN DOE,<br><br>Defendants. | Case No. 2:23-cv-01018-JCM-NJK<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE [ECF 42 and 43] |

Plaintiff TAMIKA HAWKINS, by and through her counsel, Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC and Jason Kafoury, Esq., of Kafoury & McDougal, and Defendant Aria Resort & Casino Holdings, LLC, by and through their counsel Lawrence J. Semenza III, Esq., and Katie L. Cannata, Esq., of Semenza Rickard Law, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff Tamika Hawkins to file her responses to Defendant Aria Resort

& Casino Holdings, LLC's Motion to Dismiss and Motion to Strike [ECF 42 and 43], with a current deadline of January 25, 2024. The parties respectfully request that the Court extend the deadline for the Plaintiff to file her responses to Defendant's Motion to Dismiss and Defendant's Motion to Strike the First Amended Complaint for an additional fourteen (14) days, up to and including February 8, 2024. In light of the foregoing extension, Defendant's Reply brief shall be due on February 15, 2024 pursuant to LR 7-2.

Although Plaintiff's counsel has been diligently working on responding to Defendant's Motion to Dismiss and Motion to Strike [ECF 42 and 43], counsel requires a short extension to complete the Responses. This request for extension is made in good faith and not for the purposes of delay.

DATED this 25th day of January, 2024.

| CLARK HILL PLLC | SEMENZA RICKARD LAW |
|---|---|
| /s/ Paola M. Armeni, Esq. | /s/ Katie L. Cannata, Esq. |
| PAOLA M. ARMENI, ESQ. | LAWRENCE J. SEMENZA, III, ESQ. |
| Nevada Bar No. 8357 | Nevada Bar No. 7174 |
| TIFFANY SOLARI, ESQ. | KATIE L. CANNATA, ESQ. |
| Nevada Bar No. 16003 | Nevada Bar No. 14848 |
| 1700 S. Pavilion Center Drive, Ste. 500 | 1061 Park Run Drive, Suite 150 |
| Las Vegas, Nevada 89135 | Las Vegas NV 89145 |
|  | *Attorneys for Defendants* |
| KAFOURY & McDOUGAL |  |
| JASON KAFOURY (*Pro Hac Vice*) |  |
| Oregon Bar No. 091200 |  |
| 411 SW 2nd Avenue, Suite 200 |  |
| Portland OR 97204 |  |
| *Attorneys for Plaintiff* |  |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE