Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669

*Attorneys for Defendant Aria Resort & Casino
Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA HERNANDEZ; SEAN RANDALL,<br><br>Defendants. | Case No.   2:23-cv-01018-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT ARIA RESORT & CASINO HOLDINGS, LLC TO FILE ITS REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE [ECF Nos. 42-43]** |

Plaintiff Tamika Hawkins ("Plaintiff") and Defendant Aria Resort & Casino Holdings, LLC ("Aria"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1.      On January 11, 2024, Aria filed its Motion to Dismiss Plaintiff's First Amended Complaint and Motion to Strike (together, the "Motions").  [ECF Nos. 42-43.]

2.      Thereafter, on January 25, 2024, the parties filed a Stipulation and Order Extending Time for Plaintiff to file a Response to the Motions, which was subsequently granted by the Court.  [ECF Nos. 44-45.]  As a result of the parties' stipulation, the deadline for Plaintiff's Response was extended to February 8, 2024, and Aria's Reply brief was due seven (7) days thereafter on February 15, 2024.  [*Id.*]

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3.      Plaintiff filed her Response to the Motions on February 8, 2024.  [ECF No. 47.]

4.      While Aria's counsel has been diligently working on the Reply brief, they require additional time to confer with their client as to its contents before filing.  As such, the parties hereby stipulate and agree that the deadline for Aria's Reply brief shall be extended by one (1) week, up to and including February 22, 2024.

This Stipulation is made in good faith, and not for purposes of delay.

Respectfully submitted this 15th day of February 2024.

CLARK HILL PLLC

*/s/ Paola M. Armeni*
PAOLA M. ARMENI
Nevada Bar No. 8357
1700 S. Pavilion Center Drive, Suite #500
Las Vegas, Nevada 89135

KAFOURY & McDOUGAL
JASON KAFOURY
Oregon Bar No. 091200
411 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
*Attorneys for Plaintiff*

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
LAWRENCE J. SEMENZA, III, ESQ.
Nevada Bar No. 7174
KATIE L. CANNATA, ESQ.
Nevada Bar No. 14848
1061 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
_____

UNITED STATES DISTRICT JUDGE

DATED:_____February 15, 2024_____