CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
TIFFANY SOLARI
Nevada Bar No. 16003
Email: tsolari@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709

KAFOURY & McDOUGAL
JASON KAFOURY (*Pro Hac Vice*)
Oregon Bar No. 091200
Email: jkafoury@kafourymcdougal.com
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Tel: (503) 224-2647
Fax: (503) 224-2673
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA HERNANDEZ; SEAN RANDALL,<br><br>Defendants. | Case No. 2:23-cv-01018-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF 53]** |

    Plaintiff TAMIKA HAWKINS, by and through her counsel, Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC and Jason Kafoury, Esq., of Kafoury & McDougal, and Defendants Aria Resort & Casino Holdings, LLC, Karina Hernandez and Sean Randall (together, "Defendants") by and through their counsel Lawrence J. Semenza III, Esq., and Katie L. Cannata, Esq., of Semenza Rickard Law, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiff Tamika Hawkins to file her response to Defendants' Motion for Summary

Judgment [ECF 53], with a current deadline of April 24, 2024. The parties respectfully request that the Court extend the deadline for the Plaintiff to file her response to Defendants' Motion for Summary Judgment for an additional nineteen (19) days, up to and including May 13, 2024. In light of the foregoing extension, Defendant's Reply brief shall be due on May 20, 2024, pursuant to LR 7-2.

Although Plaintiff's counsel has been diligently working on responding to Defendants' Motion for Summary Judgment [ECF 53], counsel requires a short extension to complete the Response. This request for extension is made in good faith and not for the purposes of delay.

DATED this 15th day of April 2024.

| CLARK HILL PLLC | SEMENZA RICKARD LAW |
|---|---|
| /s/ Paola M. Armeni, Esq. | /s/ Katie L. Cannata, Esq. |
| PAOLA M. ARMENI, ESQ. | LAWRENCE J. SEMENZA, III, ESQ. |
| Nevada Bar No. 8357 | Nevada Bar No. 7174 |
| TIFFANY SOLARI, ESQ. | KATIE L. CANNATA, ESQ. |
| Nevada Bar No. 16003 | Nevada Bar No. 14848 |
| 1700 S. Pavilion Center Drive, Ste. 500 | 1061 Park Run Drive, Suite 150 |
| Las Vegas, Nevada 89135 | Las Vegas NV 89145 |
| | *Attorneys for Defendants* |
| KAFOURY & McDOUGAL | |
| JASON KAFOURY (*Pro Hac Vice*) | |
| Oregon Bar No. 091200 | |
| 411 SW 2nd Avenue, Suite 200 | |
| Portland OR 97204 | |
| *Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED. April 18, 2024.

_____
UNITED STATES DISTRICT JUDGE