# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TAMIKA HAWKINS,

    Plaintiff(s),

v.

ARIA RESORT AND CASINO HOLDINGS, LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-01018-JCM-NJK

**Order**

[Docket No. 60]

Pending before the Court is Defendants' motion to redact. Docket No. 60. The motion indicates that the exhibit at Docket No. 54 includes personal identifying information and Defendants have filed the redacted version of the exhibit on the docket. *See* Docket No. 60 at 6-13. The Court agrees that redaction is warranted. *See, e.g.*, Local Rule IC 6-1(a)(5). Accordingly, the motion to redact is **GRANTED** and the Clerk's Office is **INSTRUCTED** to continue maintaining the unredacted exhibit (Docket No. 54) under seal.

The pending motion also represents that secrecy is no longer sought for the exhibit at Docket No. 55. *See* Docket No. 60 at 3 & n.1. Accordingly, the Clerk's Office is **INSTRUCTED** to unseal the exhibit at Docket No. 55.

IT IS SO ORDERED.

Dated: April 30, 2024

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge