CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
TIFFANY SOLARI
Nevada Bar No. 16003
Email: tsolari@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709

KAFOURY & McDOUGAL
JASON KAFOURY (*Pro Hac Vice*)
Oregon Bar No. 091200
Email: jkafoury@kafourymcdougal.com
411 SW 2nd Avenue, Suite 200
Portland OR 97204
Tel: (503) 224-2647
Fax: (503) 224-2673
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA DOE; SEAN DOE; and JOHN DOE,<br><br>Defendants. | Case No. 2:23-cv-01018-JCM-NJK<br><br>SECOND STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS [ECF 75] |

Plaintiff TAMIKA HAWKINS, by and through her counsel, Paola M. Armeni, Esq., of the law firm Clark Hill, PLLC and Jason Kafoury, Esq., of Kafoury & McDougal, and Defendant Aria Resort & Casino Holdings, LLC, by and through their counsel Lawrence J. Semenza III, Esq., and Katie L. Cannata, Esq., of Semenza Rickard Law, hereby respectfully submit this Second Stipulation and Order Extending Time for Plaintiff Tamika Hawkins to file her responses to Defendant Aria Resort & Casino Holdings, LLC's Motion to Dismiss [ECF 75], with a current

deadline of August 2, 2024. The parties respectfully request that the Court extend the deadline for the Plaintiff to file her responses to Defendant's Motion to Dismiss the Second Amended Complaint for an additional seven (7) days, up to and including August 9, 2024. In light of the foregoing extension, Defendant's Reply brief shall be due on August 23, 2024 pursuant to LR 7-2.

Counsel for the parties are currently engaging in ADR and therefore, request a short extension to complete the Response to the Motion to Dismiss. This request for extension is made in good faith and not for the purposes of delay.

DATED this 31st day of July, 2024.

| CLARK HILL PLLC | SEMENZA RICKARD LAW |
|---|---|
| /s/ Jason Kafoury | /s/ Lawrence J. Semenza, III |
| KAFOURY & McDOUGAL | LAWRENCE J. SEMENZA, III, ESQ. |
| JASON KAFOURY (*Pro Hac Vice*) | Nevada Bar No. 7174 |
| Oregon Bar No. 091200 | KATIE L. CANNATA, ESQ. |
| 411 SW 2nd Avenue, Suite 200 | Nevada Bar No. 14848 |
| Portland OR 97204 | 1061 Park Run Drive, Suite 150 |
| *Attorneys for Plaintiff* | Las Vegas NV 89145 |
| | *Attorneys for Defendants* |

PAOLA M. ARMENI
Nevada Bar No. 8357
TIFFANY SOLARI
Nevada Bar No. 16003
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

## ORDER

IT IS SO ORDERED July 31, 2024.

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that pursuant to the FRCP 5(b) on the 31st day of July 2024, I served STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS [ECF 75]on all parties to this action via email to the addresses below:

Lawrence J. Semenza, III, Esq.
ljs@skrlawyers.com
Katie Cannata
klc@skrlayers.com
Semenza Rickard Law
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorney for Defendant Aria Resort & Casino Holdings, LLC*

KAFOURY & McDOUGAL

*/s/ Jason Kafoury*
Jason Kafoury (*Pro Hac Vice*)
Oregon Bar No. 091200
*Attorneys for Plaintiff*