Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:  (702) 920-8669

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAMIKA HAWKINS, individually,<br><br>Plaintiff,<br><br>v.<br><br>ARIA RESORT & CASINO HOLDINGS, LLC, a domestic limited liability company; KARINA HERNANDEZ; SEAN RANDALL,<br><br>Defendants. | Case No.   2:23-cv-01018-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 75]**<br><br>**(First Request)** |

Plaintiff Tamika Hawkins ("Plaintiff") and Defendants Aria Resort & Casino Holdings, LLC, Karina Hernandez and Sean Randall (together "Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree to the following:

1.      On July 5, 2024, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion to Dismiss").  [ECF No. 75.]

2.      On July 11, 2024, the parties stipulated to extend the deadline for Plaintiff's Response to the Motion to Dismiss by fourteen (14) days.  [ECF No. 76.]  The Court granted the parties' stipulation on August 2, 2024.  [ECF No. 79.]

///

///

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

3.     Subsequently, on July 31, 2024, the parties entered into a second stipulation to extend the deadline for Plaintiff's Response, up to and including August 9, 2024.  [ECF No. 77.] The parties' second stipulation was granted that same day.  [ECF No. 78.]

4.     Plaintiff filed her Response to Defendants' Motion to Dismiss on August 9, 2024. [ECF No. 80.]  Defendants' Reply brief is currently due on August 16, 2024.

5.     While Defendants' counsel has been diligently working on the Reply brief, they require additional time to confer with their client as to its contents before filing.  As such, the parties hereby stipulate and agree that the deadline for Defendants' Reply brief shall be extended by one (1) week, up to and including August 23, 2024.

This Stipulation is made in good faith, and not for purposes of delay.

Respectfully submitted this 15th day of August 2024.

CLARK HILL PLLC

*/s/  Paola  M.  Armeni*
PAOLA M. ARMENI
Nevada Bar No. 8357
1700 S. Pavilion Center Drive, Suite #500
Las Vegas, Nevada 89135

KAFOURY & McDOUGAL
JASON KAFOURY
Oregon Bar No. 091200
411 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
*Attorneys for Plaintiff*

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
LAWRENCE J. SEMENZA, III, ESQ.
Nevada Bar No. 7174
KATIE L. CANNATA, ESQ.
Nevada Bar No. 14848
1061 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:_____August 16, 2024_____

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803